1    **JOHN L. BURRIS, Esq./ State Bar #69888**
     **ADANTE D. POINTER, Esq./State Bar#236229**
2    **LAW OFFICES OF JOHN L. BURRIS**
     Airport Corporate Centre
3    7677 Oakport Street, Suite 1120
     Oakland, California 94621
4    Telephone:  (510) 839-5200          Facsimile: (510) 839-3882
     Email: john.burris@johnburrislaw.com
5            Adante.pointer@johnburrislaw.com

6    Attorneys for Plaintiff
     **NICHOLAS & LUCIA JACKALONE**
7

8                     UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NICHOLAS JACKALONE and            Case No.  C09-02956
     LUCIA JACKALONE,
12                                     **STIPULATION AND [PROPOSED]**
                                       **ORDER TO EXTEND DEADLINE FOR**
13                                     **COMPLETION OF EARLY NEUTRAL**
                   Plaintiffs,         **EVALUATION**
14
            vs.
15
     CITY OF FREMONT, a municipal corporation;
16   CRAIG STECKLER in his official capacity as
     Chief of Police for the City of Fremont; NICK
17   MAURER, individually and in his official
     capacity as a Police Officer for the City of
18   Fremont; DOES 1-25, inclusive.
19
                   Defendants.
20

21

22          The Parties, by and through their respective counsel, hereby respectfully request the Court

23   extend the deadline by which the parties must participate in and complete Early Neutral Evaluation.

24          This is a case in which plaintiffs allege they were physically assaulted by defendant NICK

25   MAURER in a BART station.  MAURER was off duty from his employment as a police officer for

26   the defendant CITY OF FREMONT.  Good cause for the extension is because one of the named

27   Defendants, Nick Maurer, has recently been personally served and his appearance is expected by

28   approximately April 9th.   The Court had granted an order for publication but given that personal

                    STIPULATION & (PROPOSED) ORDER TO EXTEND ENE DEADLINE- 1

1  service on MAURER has been accomplished the parties are now prepared to move the case forward.

2  The parties met and conferred during the ADR conference call with the ENE Evaluator

3  Anthony Boskovich and it was agreed that given the fact Defendant Maurer had a principal role in the

4  incident that gives rise to plaintiffs' action, he must be present in order for the parties to have a

5  meaningful and productive Early Neutral Evaluation session which may result in a mediated

6  resolution of the case. **The parties and the ENE Evaluator have therefore agreed on Friday May**

7  **28, 2010 at 10:00 a.m. as the date and time for the ENE.**

8  The parties have also agreed to the following limited discovery. Depositions of the two

9  plaintiffs on the liability issues will take place on May 6, 2010. A deposition of an important eye

10  witness who was a BART station attendant will take place on May 5, 2010.

11  Following the depositions and ENE, and if the case does not settle, the parties respectfully

12  request a status conference to discuss the case including, discovery, trial and a schedule for a motion

13  for summary judgment by the defendant CITY OF FREMONT.

14  In light of the foregoing, the parties respectfully request the Court extend the deadline by

15  which the parties must have completed ENE until June 4, 2010.

16  Respectfully submitted,

17  Dated:  March 26, 2010

18  _____/s/_____
   Adante D. Pointer
19  Attorney for Plaintiffs

20  Dated:  March 26, 2010          BERTRAND, FOX & ELLIOT

21

22

23  By: _____/s/_____
   Gregory M. Fox
24  Attorneys for Defendants
   CITY OF FREMONT and CRAIG STECKLER

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: March 26, 2010

_____/s/_____
Gregory M. Fox

~~(PROPOSED)~~ ORDER

GOOD CAUSE APPEARING, the Court hereby orders that the deadline by which the parties must complete Early Neutral Evaluation be extended to June 4, 2010.

Dated:   3/30/2010



Honorable Marilyn Hall Patel
United States

IT IS SO ORDERED

Judge Marilyn H. Patel