Steven C. Wolan (State Bar No. 56237)
Jesper I. Rasmussen (State Bar No. 121001)
PATTON•WOLAN•CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone:   (510) 987-7500
Facsimile:   (510) 987-7575
Email: swolan@pwc-law.com; jrasmussen@pcw-law.com

Attorneys for Defendant NICHOLAS MAURER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JACKALONE and LUCIA JACKALONE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF FREMONT, et al.,<br><br>        Defendants. | Case No.: C09-02956 MHP<br><br>STIPULATION AND ORDER RE DISMISSAL<br><br><br><br>Complaint Filed:  June 30, 2009 |

Whereas, Plaintiffs and Defendant Nicholas Maurer have entered into a settlement agreement a condition of which is that the court dismiss Plaintiffs' complaint against Defendant Maurer with prejudice.  Accordingly, Plaintiffs and Defendant Maurer hereby stipulate and agree that Defendant Nicholas Maurer's motion to set aside clerk's default be dismissed and request that the court dismiss Plaintiffs' claims against Defendant Nicholas Maurer, and the complaint in its entirety, with prejudice, each side to bear their own fees and costs.

Dated: April 15, 2011                        LAW OFFICES OF JOHN L. BURRIS

                                             By: _____
                                                 ADANTE DE POINTER
                                                 Attorneys for Plaintiffs NICHOLAS
                                                 JACKALONE and LUCIA JACKALONE

1

Dated: April 26, 2011                    PATTON ♦ WOLAN ♦ CARLISE, LLP

2

3                                         By: _____

4                                              JESPER I. RASMUSSEN
                                               Attorneys for Defendant NICHOLAS MAURER

5

6

7                                              ORDER

8

9        Pursuant to the foregoing stipulation by the parties, IT IS ORDERED that Defendant Nicholas

10   Maurer's motion to set aside clerk's default is dismissed and that Plaintiffs' claims against Defendant

11   Maurer, and the complaint in its entirety, is hereby dismissed with prejudice, each side to bear their

12   own fees and costs.

13       IT IS SO ORDERED.

14

15   Dated: _____4/28_____, 2011

16                                             THE HONORABLE MARILYN HALL PATEL,
                                               United States District Court, Northern District

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE DISMISSAL                    2                    (Case No. C09-02956 MHP)